1  EDWIN AIWAZIAN, Bar No. 232943
   Edwin@lfjpc.com
2  LAWYERS for JUSTICE, PC
   410 West Arden Avenue, Suite 203
3  Glendale, California 91203
   Telephone:   818.265.1020
4  Facsimile:   818.265.1021

5  Attorneys for Plaintiffs
   GEORGE HOZI AND MANUEL CHAVIRA
6

7  BARBARA BLACKBURN, Bar No. 253731
   bblackburn@littler.com
8  SIMERDIP KHANGURA, Bar No. 272525
   skhangura@litter.com
9  LITTLER MENDELSON, P.C.
   500 Capitol Mall
10 Suite 2000
   Sacramento, CA 95814
11 Telephone:   916.830.7200
   Facsimile:   916.561.0828
12
   Attorneys for Defendant
13 INTEGRATED ENERGY TECHNOLOGIES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HOZI, individually, and on behalf of other members of the general public similarly situated; MANUEL CHAVIRA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRATED ENERGY TECHNOLOGIES INC., an unknown business entity; DONCASTERS GCE, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02006-JAM-KJN<br><br>*Assigned to the Honorable John A. Mendez*<br><br>**STIPULATION TO STAY CASE PENDING MEDIATION; [PROPOSED] ORDER**<br><br>Complaint filed: May 4, 2018<br><br>First Amended Complaint filed: June 1, 2018 (originally filed in Sacramento County Superior Court) |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Case No. 2:18-CV-02006-JAM-KJN

STIPULATION TO STAY CASE PENDING MEDIATION; [PROPOSED] ORDER

Plaintiffs George Hozi and Manuel Chavira (collectively "Plaintiffs") and Defendant Integrated Energy Technologies Inc. ("IET")[1] (hereinafter "Defendant"), (Plaintiffs and Defendant are collectively referred to as "the Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. **WHEREAS**, in the interest of efficiency and economy, the Parties agree that there is merit in pursuing an early mediation of all issues between the Parties.

2. **WHEREAS**, the Parties are in the process of selecting a mediator and mediation date.

3. **WHEREAS**, in order to have effective discussions and mediate this case, the Parties are in the process of agreeing to an informal exchange of discovery regarding Plaintiffs' claims and Defendant's defenses.

4. **WHEREAS**, the Parties want to engage in the mediation process without the litigation burdens associated with formal discovery and motion practice, including but not limited to Defendant filing a responsive pleading, and want to preserve their rights to engage in such motion practice and formal discovery in the event this case is not resolved at mediation.

5. **WHEREAS**, the Parties are requesting that this case be stayed until, and in the event that, the mediation is unsuccessful.

6. **WHEREAS**, no deadlines have yet been set in this case and a trial date has not yet been assigned.

7. **WHEREAS**, the Parties' request is not made for the purpose of delay or any other improper purpose.

///
///
///
///

---

[1] Plaintiffs named two separate defendants in their complaint – IET and "Doncasters GCE Integrated Energy Technologies, Inc." "Doncasters GCE Integrated Energy Technologies, Inc." is the name under which IET does business in California. "Doncasters GCE Integrated Energy Technologies, Inc." is not a separate entity from IET- they are one and the same company.

LITTLER MENDELSON, P.C.
500 CAPITOL MALL
SUITE 2000
SACRAMENTO, CA 95814
916.830.7200

2.　　　Case No. 2:18-CV-02006-JAM-KJN

STIPULATION TO STAY CASE PENDING MEDIATION; [PROPOSED] ORDER

THEREFORE, in light of the Parties' agreement to proceed to mediation and in an effort to minimize costs, the Parties respectfully request this Court stay discovery and all deadlines in this case, including the deadline for Defendant to file a responsive pleading, until after the mediation is completed.

**SO STIPULATED.**

Dated: August 6, 2018      Respectfully submitted,

/s/ *Barbara Blackburn*
BARBARA BLACKBURN
SIMERDIP KHANGURA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
INTEGRATED ENERGY TECHNOLOGIES INC.

Dated: August 6, 2018

/s/ *Edwin Aiwazian* (as authorized on 8/3/18)
EDWIN AIWAZIAN,
LAWYERS *for* JUSTICE, PC
Attorneys for Plaintiffs
GEORGE HOZI AND MANUEL CHAVIRA

LITTLER MENDELSON, P.C.
500 CAPITOL MALL
SUITE 2000
SACRAMENTO, CA 95814
916.830.7200

3.      Case No. 2:18-CV-02006-JAM-KJN
STIPULATION TO STAY CASE PENDING MEDIATION; [PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Having read and considered the Parties' recitals and stipulation, as set forth above, and good cause appearing wherefore, the Court hereby orders as follows:

1. This court will stay discovery and all deadlines in this case, including the deadline for Defendant to file a responsive pleading, until after the Parties have notified the Court that mediation is completed.

**IT IS SO ORDERED.**

Date: August 7, 2018

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
500 CAPITOL MALL
SUITE 2000
SACRAMENTO, CA 95814
916.830.7200

4.

Case No. 2:18-CV-02006-JAM-KJN

STIPULATION TO STAY CASE PENDING MEDIATION; [PROPOSED] ORDER