1  EDWIN AIWAZIAN, Bar No. 232943
   Edwin@lfjpc.com
2  ARBY AIWAZIAN, Bar No. 269827
   arby@lfjpc.com
3  JOANNA GHOSH, Bar No. 242479
   joanna@lfjpc.com
4  LAWYERS *for* JUSTICE, PC
   410 West Arden Avenue, Suite 203
5  Glendale, CA 91203
   Telephone:    818.265.1020
6  Facsimile:    818.265.1021

7  Attorneys for Plaintiffs
   GEORGE HOZI AND MANUEL CHAVIRA
8

9  BARBARA BLACKBURN, Bar No. 253731
   bblackburn@littler.com
10 SIMERDIP KHANGURA, Bar No. 272525
   skhangura@litter.com
11 LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
12 Sacramento, CA 95814
   Telephone:    916.830.7200
13 Facsimile:    916.561.0828

14 Attorneys for Defendant
   INTEGRATED ENERGY TECHNOLOGIES INC.
15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18

19 | GEORGE HOZI, individually, and on behalf | Case No.  2:18-CV-02006-JAM-KJN
   | of other members of the general public
20 | similarly situated; MANUEL CHAVIRA, | *Assigned to the Honorable John A. Mendez*
   | individually, and on behalf of other members
21 | of the general public similarly situated, | **JOINT STIPULATION TO EXTEND THE**
   |                                            | **DEADLINE TO FILE MOTION FOR**
22 |                        Plaintiffs,        | **PRELIMINARY APPROVAL OF CLASS**
   |                                            | **ACTION SETTLEMENT;  ORDER**
23 | v.                                        | **THEREON**
   |
24 | INTEGRATED ENERGY TECHNOLOGIES
   | INC., an unknown business entity;         | Complaint filed: May 4, 2018
25 | DONCASTERS GCE, an unknown business
   | entity; and DOES 1 through 100, inclusive, | First Amended Complaint filed: June 1, 2018
26 |                                            | (originally filed in Sacramento County
   |                        Defendants.         | Superior Court)
27

28

Plaintiffs George Hozi and Manuel Chavira ("Plaintiffs") and Defendant Integrated Energy Technologies, Inc.[1] ("Defendant" or "IET") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and respectfully stipulate as follows:

1.    **WHEREAS**, on June 20, 2019, the Parties filed a Joint Status Report (Dkt. #11) wherein the Parties notified the Court that they had reached a class-wide settlement;

2.    **WHEREAS**, on June 21, 2019, the Court issued a Minute Order (Dkt. #12) directing Plaintiffs to file their motion for preliminary approval of the class action settlement by August 13, 2019 noticed to be heard on September 10, 2019 at 1:30 p.m.;

3.    **WHEREAS**, the Parties have been working diligently to prepare the long-form settlement agreement memorializing their settlement and that process is now almost completed and at this time, the Parties have identified a settlement administrator and all that remains is for the Parties to work through some final structural issues on the settlement;

4.    **WHEREAS**, the Parties respectfully request that the Court briefly extend the deadline for filing the motion for preliminary approval of the class action settlement and the corresponding hearing by thirty (30) calendar days to allow the Parties to finalize the settlement documents, have the settlement agreement executed and then present the Court with Plaintiffs' motion for preliminary approval of the settlement.

///
///
///
///
///
///

---

[1] Plaintiffs named two separate defendants in their complaint, IET and Doncasters GCE. Doncasters GCE and/or GCE is the name under which IET does business in California. Doncasters GCE is not a separate entity from IET-they are one and the same company. Further, IET does not operate, and is not aware of the existence of, any company formally named Doncasters GCE.

LITTLER MENDELSON, P.C.
500 CAPITOL MALL
SUITE 2000
SACRAMENTO, CA 95814
916.830.7200

JOINT STIPULATION TO EXTEND THE
DEADLINE TO FILE MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT; [PROPOSED] ORDER THEREON

2.

Case No. 2:18-CV-02006-JAM-KJN

1  **THEREFORE**, the Parties respectfully request that the Court extend the deadline to file a

2 motion for preliminary approval of the class action settlement and the corresponding hearing by

3 thirty (30) calendar days.

4          Respectfully submitted,

5 Dated: August 13, 2019

6         */s/ Barbara Blackburn*

7         BARBARA BLACKBURN
          SIMERDIP KHANGURA

8         LITTLER MENDELSON, P.C.
          Attorneys for Defendant

9         INTEGRATED ENERGY TECHNOLOGIES INC.

10

11 Dated: August 13, 2019

12        */s/ Joanna Ghosh* (as authorized on August 13, 2019)
          EDWIN AIWAZIAN

13         JOANNA GHOSH

14         LAWYERS for JUSTICE, PC
          Attorneys for Plaintiffs

15         GEORGE HOZI AND MANUEL CHAVIRA

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND THE DEADLINE
TO FILE MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT; [PROPOSED]
ORDER THEREON

3.     Case No. 2:18-CV-02006-JAM-KJN

**ORDER**

Having read and considered the Parties' Joint Stipulation to Extend the Deadline to File Motion For Preliminary Approval of the Class Action Settlement, and good cause appearing wherefore, the Court hereby ORDERS that the deadline to file a motion for preliminary approval of the class action settlement is extended to September 24, 2019 with the hearing of the motion to be noticed to be heard on October 22, 2019 at 1:30 p.m. in Courtroom #6.

**IT IS SO ORDERED.**

Date:   August 13, 2019

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION TO EXTEND THE DEADLINE
TO FILE MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT; [PROPOSED]
ORDER THEREON

4.

Case No. 2:18-CV-02006-JAM-KJN

LITTLER MENDELSON, P.C.
500 CAPITOL MALL
SUITE 2000
SACRAMENTO, CA 95814
916.830.7200