| | |
|---|---|
| 1 | EDWIN AIWAZIAN, Bar No. 232943 |
| | Edwin@lfjpc.com |
| 2 | ARBY AIWAZIAN, Bar No. 269827 |
| | arby@lfjpc.com |
| 3 | JOANNA GHOSH, Bar No. 242479 |
| | joanna@lfjpc.com |
| 4 | LAWYERS *for* JUSTICE, PC |
| | 410 West Arden Avenue, Suite 203 |
| 5 | Glendale, CA 91203 |
| | Telephone: 818.265.1020 |
| 6 | Facsimile: 818.265.1021 |

Attorneys for Plaintiffs
GEORGE HOZI AND MANUEL CHAVIRA

BARBARA BLACKBURN, Bar No. 253731
bblackburn@littler.com
SIMERDIP KHANGURA, Bar No. 272525
skhangura@litter.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
INTEGRATED ENERGY TECHNOLOGIES INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HOZI, individually, and on behalf of other members of the general public similarly situated; MANUEL CHAVIRA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRATED ENERGY TECHNOLOGIES INC., an unknown business entity; DONCASTERS GCE, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02006-JAM-KJN<br><br>*Assigned to the Honorable John A. Mendez*<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER THEREON**<br><br>Complaint filed: May 4, 2018<br><br>First Amended Complaint filed: June 1, 2018 (originally filed in Sacramento County Superior Court) |

JOINT STIPULATION TO EXTEND THE
DEADLINE TO FILE MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT; [PROPOSED] ORDER THEREON

Case No. 2:18-CV-02006-JAM-KJN

Plaintiffs George Hozi and Manuel Chavira ("Plaintiffs") and Defendant Integrated Energy Technologies, Inc.[1] ("Defendant" or "IET") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and respectfully stipulate as follows:

1. **WHEREAS**, on June 20, 2019, the Parties filed a Joint Status Report (Dkt. #11) wherein the Parties notified the Court that they had reached a class-wide settlement;

2. **WHEREAS**, on August 14, 2019, the Court issued an Order (Dkt. #14) directing Plaintiffs to file their motion for preliminary approval of the class action settlement by September 24, 2019, noticed to be heard on October 22, 2019 at 1:30 p.m.;

3. **WHEREAS**, the Parties have diligently worked together and have now finalized their long-form settlement agreement, and are in the process of finalizing the settlement agreement exhibits (including the class notice) and having the settlement agreement executed.

4. **WHEREAS**, the Parties respectfully request that the Court briefly extend the deadline for filing the motion for preliminary approval of the class action settlement and the corresponding hearing by fifteen (15) calendar days to allow the Parties to finalize the settlement documents, have the settlement agreement executed and then present the Court with Plaintiffs' motion for preliminary approval of the settlement.

///
///
///
///
///
///

---

[1] Plaintiffs named two separate defendants in their complaint, IET and Doncasters GCE. Doncasters GCE and/or GCE is the name under which IET does business in California. Doncasters GCE is not a separate entity from IET-they are one and the same company. Further, IET does not operate, and is not aware of the existence of, any company formally named Doncasters GCE.

JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; [PROPOSED] ORDER THEREON

2.

Case No. 2:18-CV-02006-JAM-KJN

LITTLER MENDELSON, P.C.
500 CAPITOL MALL
SUITE 2000
SACRAMENTO, CA 95814
916.830.7200

**THEREFORE**, the Parties respectfully request that the Court extend the deadline to file a motion for preliminary approval of the class action settlement and the corresponding hearing by fifteen (15) calendar days.

Respectfully submitted,

Dated: September 24, 2019

*/s/ Simerdip Khangura*
BARBARA BLACKBURN
SIMERDIP KHANGURA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
INTEGRATED ENERGY TECHNOLOGIES INC.

Dated: September 23, 2019

*/s/ Joanna Ghosh (authorized on 9/23/19)*
EDWIN AIWAZIAN
JOANNA GHOSH
LAWYERS for JUSTICE, PC
Attorneys for Plaintiffs
GEORGE HOZI AND MANUEL CHAVIRA

JOINT STIPULATION TO EXTEND THE DEADLINE
TO FILE MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT; [PROPOSED]
ORDER THEREON

3.

Case No. 2:18-CV-02006-JAM-KJN

LITTLER MENDELSON, P.C.
500 CAPITOL MALL
SUITE 2000
SACRAMENTO, CA 95814
916.830.7200

# ORDER

Having read and considered the Parties' Joint Stipulation to Extend the Deadline to File Motion For Preliminary Approval of the Class Action Settlement, and good cause appearing wherefore, the Court hereby ORDERS that the deadline to file a motion for preliminary approval of the class action settlement is extended to 10/22/2019 with the hearing of the motion to be noticed to be heard on November 19, 2019 at 1:30 p.m.

**IT IS SO ORDERED.**

Date:  9/24/2019

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
500 CAPITOL MALL
SUITE 2000
SACRAMENTO, CA 95814
916.830.7200

JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; [PROPOSED] ORDER THEREON

4.

Case No. 2:18-CV-02006-JAM-KJN