EDWIN AIWAZIAN, Bar No. 232943
Edwin@lfjpc.com
ARBY AIWAZIAN, Bar No. 269827
arby@lfjpc.com
JOANNA GHOSH, Bar No. 242479
joanna@lfjpc.com
LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, CA 91203
Telephone:  818.265.1020
Facsimile:  818.265.1021

Attorneys for Plaintiffs
GEORGE HOZI AND MANUEL CHAVIRA

BARBARA BLACKBURN, Bar No. 253731
bblackburn@littler.com
SIMERDIP KHANGURA, Bar No. 272525
skhangura@litter.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone:  916.830.7200
Facsimile:  916.561.0828

Attorneys for Defendant
INTEGRATED ENERGY TECHNOLOGIES INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HOZI, individually, and on behalf of other members of the general public similarly situated; MANUEL CHAVIRA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRATED ENERGY TECHNOLOGIES INC., an unknown business entity; DONCASTERS GCE, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02006-JAM-KJN<br><br>*Assigned to the Honorable John A. Mendez*<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE; ORDER THEREON**<br><br>Complaint filed: May 4, 2018<br>First Amended Complaint filed: June 1, 2018<br>Second Amended Complaint filed: December 16, 2019 |

JOINT STIPULATION TO CONTINUE
DEFENDANT'S RESPONSIVE PLEADING
DEADLINE; [PROPOSED] ORDER THEREON

Case No. 2:18-CV-02006-JAM-KJN

Plaintiffs George Hozi and Manuel Chavira ("Plaintiffs") and Defendant Integrated Energy Technologies, Inc.[1] ("Defendant" or "IET") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and respectfully stipulate as follows:

1. **WHEREAS**, the Parties reached a class wide settlement and Plaintiffs subsequently filed a Motion for Preliminary Approval of the Class Action Settlement on October 23, 2019 (Dkt. #17).

2. **WHEREAS**, to effectuate the terms of the Parties' settlement agreement, Plaintiffs requested in their Motion for Preliminary Approval of the Class Action Settlement that the Court grant them leave to amend their First Amended Complaint "in order to, *inter alia*, flesh out and formally allege a claim under PAGA" and that their Second Amended Class Action Complaint for Damages and Enforcement under the Private Attorneys General Act, California Labor Code § 2698, ET SEQ. ("Second Amended Complaint") be deemed filed after the 65-day PAGA notice period elapsed. *Id*.

3. **WHEREAS**, the Court granted Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement on November 19, 2019, and on December 16, 2019, Plaintiffs filed their Second Amended Complaint (Dkt. #20).

4. **WHEREAS**, pursuant to the Parties' settlement agreement and the Court's Order Granting Preliminary Approval of the Class Action Settlement, "the Second Amended Complaint shall be deemed stricken, null and void *ab initio*, with the previously-filed First Amended Class Action Complaint for Damages being deemed the operative complaint" in the event that the Parties' settlement does not become final. *Id*.

5. **WHEREAS**, in light of the Court's Order Granting Preliminary Approval of the Class Action Settlement, the Parties respectfully request that the Court relieve Defendant of its duty to file a responsive pleading to Plaintiffs' Second Amended Complaint and, in the event the Court

---

[1] Plaintiffs named two separate defendants in their complaint – Integrated Energy Technologies Inc. and "Doncasters GCE." Doncasters GCE is the name under which Integrated Energy Technologies, Inc. (now named as Doncasters US Fabrications Inc.) did business in California. "Doncasters GC" was not a separate entity from Integrated Energy Technologies Inc.– they were one and the same company.

JOINT STIPULATION TO CONTINUE
DEFENDANT'S RESPONSIVE PLEADING                2.            Case No. 2:18-CV-02006-JAM-KJN
DEADLINE; [PROPOSED] ORDER THEREON

LITTLER MENDELSON, P.C.
500 CAPITOL MALL
SUITE 2000
SACRAMENTO, CA 95814
916.830.7200

does not grant final approval of the Parties' class action settlement, extend Defendant's deadline to file a responsive pleading to Plaintiffs' First Amended Complaint until 14 days after the Court enters the order denying final approval of the Parties' class action settlement.

**THEREFORE**, the Parties respectfully request that the Court relieve Defendant of its duty to file a responsive pleading to Plaintiffs' Second Amended Complaint and, in the event the Court does not grant final approval of the Parties' class action settlement, extend Defendant's deadline to file a responsive pleading to Plaintiffs' First Amended Complaint until 14 days after the Court enters the order denying final approval of the Parties' class action settlement.

Respectfully submitted,

Dated: December 27, 2019

By: */s/ Barbara A. Blackburn*
BARBARA BLACKBURN
SIMERDIP KHANGURA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
INTEGRATED ENERGY TECHNOLOGIES INC.

Dated: December 27, 2019

By: */s/ Edwin Aiwazian (as authorized on 12/27/19)*
EDWIN AIWAZIAN
JOANNA GHOSH
LAWYERS for JUSTICE, PC
Attorneys for Plaintiffs
GEORGE HOZI AND MANUEL CHAVIRA

LITTLER MENDELSON, P.C.
500 CAPITOL MALL
SUITE 2000
SACRAMENTO, CA 95814
916.830.7200

JOINT STIPULATION TO CONTINUE
DEFENDANT'S RESPONSIVE PLEADING
DEADLINE; [PROPOSED] ORDER THEREON

3.

Case No. 2:18-CV-02006-JAM-KJN

# ORDER

Having read and considered the Parties' Joint Stipulation to Continue Defendants' Responsive Pleading Deadline, and good cause appearing wherefore, the Court hereby ORDERS that Defendant is relieved of its duty to file a responsive pleading to Plaintiffs' Second Amended Complaint. Further, in the event the Court does not grant final approval of the Parties' class action settlement, the Court extend Defendant's deadline to file a responsive pleading to Plaintiffs' First Amended Complaint until 14 days after the Court enters the order denying final approval of the Parties' class action settlement.

**IT IS SO ORDERED.**

Date: 12/30/2019        /s/ John A. Mendez
                        HON. JOHN A. MENDEZ
                        UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE; [PROPOSED] ORDER THEREON — 4. — Case No. 2:18-CV-02006-JAM-KJN

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200