**FILED**

APR 20 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HOZI, individually, and on behalf of other members of the general public similarly situated; MANUEL CHAVIRA, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRATED ENERGY TECHNOLOGIES INC., an unknown business entity; DONCASTERS GCE, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02006-JAM-KJN<br><br>Honorable John A. Mendez<br>Courtroom 6<br><br>**CLASS ACTION**<br><br>**[~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES, COSTS, AND INCENTIVE PAYMENTS**<br><br>[Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Payments; Declaration of Class Counsel (Edwin Aiwazian); and Declarations of Class Representatives (George Hozi and Manuel Chavira) filed concurrently herewith]<br><br>Date:        April 21, 2020<br>Time:       1:30 p.m.<br>Courtroom: 6<br><br>Complaint Filed:  May 4, 2018<br>FAC Filed:         June 1, 2018<br>SAC Filed:         December 16, 2019<br>Trial Date:        None Set |

1    This matter has come before the Honorable John A. Mendez in Courtroom 6 of the above-entitled Court, located at 501 I Street, Sacramento, California 95814, on Plaintiffs George Hozi and Manuel Chavira's ("Plaintiffs") Motion for Attorneys' Fees, Costs, and Incentive Payments.

On November 19, 2019, the Court issued an order granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order") (Dkt. No. 19), and thereby preliminarily approved the settlement of the above-entitled action ("Action") in accordance with the Joint Stipulation and Settlement Agreement of Class Action and PAGA Claims ("Settlement," "Agreement," or "Settlement Agreement") entered into by and between Plaintiffs and Defendant Doncasters US Fabrications Inc., formerly known as Integrated Energy Technologies Inc. ("Defendant"), which, together with the exhibits annexed thereto set forth the terms and conditions for settlement of the Action.

Having reviewed the Settlement Agreement and duly considered the parties' papers and oral argument, and good cause appearing,

**THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:**

1.   All terms used herein shall have the same meaning as defined in the Settlement Agreement and the Preliminary Approval Order.

2.   This Court has jurisdiction over the claims of the Class Members asserted in this proceeding and over all parties to the Action.

3.   The Court finds that the Incentive Payments sought are fair and reasonable for the work performed by Plaintiffs on behalf of the Class. It is hereby ordered that the Settlement Administrator issue payments in the amount of $6,500 to Plaintiff George Hozi and in the amount of $6,500 to Plaintiff Manuel Chavira for their Incentive Payments, according to the terms set forth in the Settlement Agreement.

4.   The Court finds that the request for attorneys' fees in the amount of $166,250 to Lawyers *for* Justice, PC ("Class Counsel") falls within the range of reasonableness, and the results achieved justify the award sought. The requested attorneys' fees to Class Counsel are fair, reasonable, and appropriate, and are hereby approved. It is hereby ordered that the

1  Settlement Administrator issue payment in the amount of $166,250 for attorneys' fees, in
2  accordance with the Settlement Agreement, to Class Counsel.

3      5.    The Court finds that litigation costs and expenses in the amount of $2,352.42 to
4  Class Counsel is reasonable, and hereby approved. It is hereby ordered that the Settlement
5  Administrator issue payment in the amount of $2,352.42 to Class Counsel for litigation costs
6  and expenses, in accordance with the Settlement Agreement.

7      6.    Notice of entry of this Order shall be given to Class Members by posting a copy
8  of this Order on Simpluris, Inc.'s website for a period of at least sixty (60) calendar days after the
9  date of entry of this Order. Individualized notice is not required.

10  **IT IS SO ORDERED.**

12  DATE: April 20, 2020

13  Honorable John A. Mendez
    Judge of the United States District Court